THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted January 3, 1955; decided January 6, 1955.

Motion for reargument denied. The trial court was fully warranted in denying defendants' motion for a rehearing of their application for *coram nobis* which the trial court, after a hearing, denied some time ago and which denial this court affirmed (307 N. Y. 253). [See, also, 303 N. Y. 856; 306 N. Y. 678, 867.]